IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:12-CV-1-RLV-DCK

| | |
|---|---|
| ROBERT MATTHEW HUSTED and TRACY MARIE HUSTED, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | ORDER |
| CHASE BANK USA, NATIONAL ASSOCIATION, ) ) ) ) | |
| Defendant. ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 14) filed by R. Scott Adams on May 10, 2012, concerning Bruce M. Jacobs. Mr. Jacobs seeks to appear as counsel *pro hac vice* for Defendant Chase Bank USA, National Association.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Jacobs is hereby admitted to appear before the Court *pro hac vice* on behalf of Defendant Chase Bank USA, National Association.

Signed: May 11, 2012

David C. Keesler
United States Magistrate Judge